**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JIMMY HAMRA, individually and on behalf of all
others similarly situated,

                         Plaintiff,

       -against-

CHASE BANK,

                     Defendant.

No. 15 Civ. 6098 (PKC) (SMG)

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jimmy Hamra, by

and through his undersigned counsel, hereby gives notice that the above-captioned action is

voluntarily dismissed with prejudice against Defendants JPMorgan Chase Bank, N.A. and Chase

Bank USA, N.A., incorrectly sued herein as Chase Bank, with each party bearing its own costs

and fees.


October 5, 2016

                                      /s/  Edward B. Geller
                                      Edward B. Geller, Esq.
                                      15 Landing Way
                                      Bronx, New York 10464
                                      Tel. (914) 473-6783
                                      epbh@aol.com

                                      *Attorney for Plaintiff*